UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| BEATRIZ Q. BENITO and ROBERT, BENITO,<br><br>        Plaintiffs,<br>vs.<br><br>VERICREST FINANCIAL INC. et al.,<br><br>        Defendants. | 2:11-CV-00295-PMP-GWF<br><br><br><br>**ORDER** |

The Court having read and considered Plaintiffs' Motion to Remand (Doc. #5) filed March 7, 2011, and Defendants' Response thereto (Doc. #8) filed March 15, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiffs' Motion to Remand (Doc. #5) is **DENIED**.

DATED: March 28, 2011.

_____
PHILIP M. PRO
United States District Judge